UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BASSILLIO NESBY, ADC #149996**  **PLAINTIFF**

**VS.**  **4:18CV00039 BRW/JTR**

**TIM RYALS, Sheriff, Faulkner County, *et al.***  **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation in its entirety as my findings in all respects.

Nesby may proceed with his claims against the defendants under the First Amendment and the Religious Land Use and Institutionalized Persons Act, in their individual capacities. The Clerk is directed to prepare a summons for each of the defendants at the Faulkner County Detention Center. The United States Marshal is directed to serve the summons, complaint, amended complaint,[1] and this order on them without prepayment of fees and costs or security. If any of the defendants are no longer employed at the Faulkner County Detention Center, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

Nesby's Religious Freedom Reformation Act claim is dismissed with prejudice. His official-capacity claims against the defendants are dismissed without prejudice. I certify that an *in forma pauperis* appeal of these rulings would not be taken in good faith.[2]

IT IS SO ORDERED this 6th day of June, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 1 & 8.
[2] 28 U.S.C. § 1915(a)(3).