IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BASSILLIO NESBY**                                                                 **PLAINTIFF**

**VS.**                                    **4:18CV00039-BRW-JTR**

**TIM RYALS, Sheriff,**
**Faulkner County,** *et al.*                                                      **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation.

Accordingly, Defendants' motion for summary judgment (Doc. No. 24) is GRANTED, and Plaintiff's claims are DISMISSED with prejudice.

IT IS SO ORDERED this 6th day of September, 2019.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE