IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BASSILLIO NESBY**                                                                      **PLAINTIFF**

VS.                              **4:18CV00039-BRW-JTR**

**TIM RYALS, Sheriff,**
**Faulkner County,** *et al.*                                    **DEFENDANTS**

## **JUDGMENT**

Based on the Order entered today, this case is dismissed and all relief sought is denied.

IT IS SO ORDERED this 6th day of September, 2019.

 

                                                  <u>Billy Roy Wilson</u>
                                                  UNITED STATES DISTRICT JUDGE